ACCEPTED
011500449CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 2:55:46 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00449-CV

| | | |
|---|---|---|
| **NESTOR BILFREDO MENA,** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **DYCK O'NEAL INC.,** | § | |
| | § | **FIRST DISTRICT OF TEXAS** |
| **Appellee.** | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 2:55:46 PM
CHRISTOPHER A. PRINE
Clerk

### APPELLANT'S MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant Nestor Bilfredo Mena ("Mena") and files this Motion for Dismissal, saying:

The parties have settled. Mena wishes to dismiss the appeal of this case.

WHEREFORE, Mena respectfully requests that this appeal be dismissed.

Respectfully submitted,

/s/ David McDougald
David A. McDougald (SBN: 13570525)
4309 Yoakum Blvd., Suite 3000
Houston, Texas 77006
david@davidmcdougaldlaw.com
(713) 522-1177, x325 – telephone
(888) 809-6793 – telecopier

**ATTORNEY FOR MENA**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing motion has been served in accordance with the Texas Rules of Civil Procedure 21 and 21a on this 4th day of August, 2015.

/s/ David McDougald
David A. McDougald